# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

FILED ☑ RECEIVED ___ LODGED ___ COPY

NOV 17 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Trista Tramposch di Genova
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

PCSD Employees Nasek, Noon, Roher, Lovato, Bermudez
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV-23-00524-TUC-JCH
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Trista Tramposch di Genova
- Address: 5715 S. Anton Pl.
  - City: Tucson
  - State: AZ
  - Zip Code: 85757
- County: Pima
- Telephone Number: (520) 530-9642
- E-Mail Address: presidentTrista@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Edgar Ethan Alexander Nosek #7917
- Job or Title (if known): Detective, Internal Affairs Mental Health
- Address: Pima County Sheriff's Department, 1750 E Benson Hway
  - City: Tucson
  - State: AZ
  - Zip Code: 85714
- County: Pima County
- Telephone Number: (520) 351-4600
- E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: Sergeant Ryan Roher
- Job or Title (if known): Pima Co. Sheriffs Department
- Address: 1750 E. Benson Highway
  - City: Tucson
  - State: AZ
  - Zip Code: 85714
- County: Pima
- Telephone Number: (520) 351-4600
- E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Teddy HH Noon #7977
Job or Title (if known): Detective, Pima Co. Sheriff's Dept
Address: 1750 E Benson Highway
City: Tucson   State: AZ   Zip Code: 85714
County: Pima
Telephone Number: (520) 351-4600
E-Mail Address (if known):

[x] Individual capacity   [x] Official capacity

Defendant No. 4, 5
Name: Det. Lovato + Sheriff Bermudez
Job or Title (if known): Pima County Sheriff's Dept
Address: 1750 E. Benson Highway
City: Tucson   State: AZ   Zip Code: 85714
County: Pima
Telephone Number: (520) 351-4600
E-Mail Address (if known):

[x] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st A = free speech, right to petition gov't, retaliation
4th A = Unreasonable search + seizure, probable cause

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All are members of law enforcement, Pima Co. Sheriff's Dept. All acted inappropriately. Nosek filed petition to have me involuntarily committed, at the behest of his classmate Det. Noon, in retaliation for reporting him to IA for excessive force; assault, false arrest, unlawful detension + kidnapping; Bermudez/Lovato failed to intervene

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Outside the courtroom at the Justice Court in Tucson, AZ, these 4 officers brought me outside to their patrol car (video), cuffed me, transported me against my will to have involuntary psych evaluation.

B. What date and approximate time did the events giving rise to your claim(s) occur?

~12:10, Oct. 30, Monday

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have audio recording - 1hr - of this incident. After being I was forcibly removed downstairs by these men, asking along the way if my friends could come. No, they said. Nosek told me "I did it"- he petitioned Judge to get me involuntarily committed. "On what grounds?" I asked Nosek. He said because the I reported 'excessive force' by PCSD, + based on what I said on the phone the day of the raid on my property (9/30)- he was there. "Cuffs ~ 2hr Bermudez, Det. Lovato failed to intervene, even when we read bogus petition in waiting room at Banner. It was obvious retaliation + kidnapping me to 'shut me up'. He said I had 'delusion' Page 4 of 6 being good candidate for president NOT A CRIME cy

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'd like to see these officers held accountable for their actions + disciplined for retaliation + misconduct. I'd like an injunction against them for any future harrassment, intimidation or unlawful conduct/actions against me + my family. I'm requesting restraining order against them. Maximum punitive damages welcomed, to set an example. I'd recommend DOJ implement nationwide training in police academies that properly trains officers in how to respect our civil rights + constitutional rights. Also, de-escalation tactics. Start Corruption task force + fire LEO's w/ abusive track records (DV, assault, excessive force) + hire back women social workers. Get rid of police unions - they make it impossible to fire bad cops.

5

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 15, 2023

Signature of Plaintiff: *Trista*

Printed Name of Plaintiff: Trista Tramposch di Gonova

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          _____
          *City*      *State*      *Zip Code*
Telephone Number: _____
E-mail Address: _____