1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

8

9  | Trista Tramposch di Genova,

10              Plaintiff,

11  v.

12  Edgar Ethan Alexander Nosek, et al.,

13              Defendants.

No. CV-23-00524-TUC-JCH

**ORDER**

14

15      On October 22, 2024, the Court issued an Order (Doc. 9) dismissing without
16  prejudice Plaintiff's Second Amended Complaint (Doc. 8) in its entirety. The Order gave
17  Plaintiff 30 days to file a third amended complaint or face dismissal of this case without
18  further notice. Doc. 9 at 7. To date, Plaintiff has not filed a third amended complaint.

19      Accordingly,

20      **IT IS ORDERED directing** the Clerk of Court to close the case file in this matter.

21      Dated this 13th day of December, 2024.

22
23
24
25                                          John C. Hinderaker
                                            United States District Judge
26
27
28